## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3010 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| SALOME GEE PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the defendant requests permission to enter a plea of guilty. The Court is further advised that the defendant will consent to Judge Piester conducting the hearing on the plea of guilty.

IT IS ORDERED that:

1.  This case, insofar as it concerns this defendant, is removed from the trial docket based upon the **oral motion** of the defendant that is **granted**.

2.  A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 12th day of August, 2005 at the hour of 2:00 p.m.

3.  On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

4.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B)

Dated  July 27, 2005.

BY THE COURT:

s/ David L. Piester

_____
United States Magistrate Judge