IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SALOME GEE PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the U.S. Marshal,

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 83) has been set before the undersigned United States district judge on Wednesday, September 13, 2006, at 1:15 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(2) The United States Marshal is directed to return the defendant to the district for the hearing.

August 24, 2006.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge